**Serajul HAQUE, Appellant**

v.

**EMBASSY OF BANGLADESH, in Washington, DC, Appellee.**

**No. 15–7071.**

United States Court of Appeals, District of Columbia Circuit.

Dec. 7, 2015.

Serajul Haque, Milpitas, CA, pro se.

BEFORE: BROWN and WILKINS, Circuit Judges; GINSBURG, Senior Circuit Judge.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed June 19, 2015, be affirmed. The district court correctly determined appellant's complaint failed to comply with Federal Rule of Civil Procedure 8(a), which, among other things, requires a complaint to contain a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R.Civ.P. 8(a)(2); *Ashcroft v. Iqbal,* 556 U.S. 662, 677–78, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.